UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HOZAE LAMAR MILTON,

    Petitioner,

v.                                         Case No. 3:18-cv-1383-J-34MCR

PETER FRANCHOT, et al.,

    Respondents.
_____

## ORDER

A petition for Writ of Habeas Corpus (Petition; Doc. 1), identifying Corrine Brown as the Petitioner, was filed on November 19, 2018. Ms. Brown did not sign the Petition. Instead, Hozae Lamar Milton, a non-lawyer, has signed this Petition. As a non-lawyer, Mr. Mitlon does not have standing to represent Brown or any other party before this Court. See Local Rule 2.01. To the extent the Petition can be read as being brought by Milton, the Court finds that it plainly appears from the face of the Petition that Milton is not entitled to relief. See Rule 4, Rules Governing Section 2254 Cases in the United States District Courts ("If it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner.") (emphasis added). Upon review of the Petition, Milton has not alleged he is being confined as a prisoner in state custody and the Petition is devoid of any factual or legal support. See Petition at 1-14. For these reasons, the Petition is due to be dismissed. See id.

    Accordingly, it is now

**ORDERED AND ADJUDGED:**

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court shall enter judgment dismissing this case without prejudice and the Court is directed to close this case and terminate any pending motions.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th of December, 2018.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

Jax-8

C: Hozae Milton